ENTERED ON DOCKET
07/12/11 PURSUANT
TO FRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT
### FOR DE DISTRICT OF PUERTO RICO



Chico Service Station, Inc. et al
Plaintiff

vs.

Sol Puerto Rico Limited
Defendant

CIVIL CASE 09-1342 (JAF)

## JUDGMENT

Pursuant to Court's Order (docket #75) Judgment is entered dismissing the present case on agreed settlement. The Court retains jurisdiction to enforce, if necessary.

In San Juan, Puerto Rico, this 12th day of July, 2011.

Frances Rios de Moran, Esq.
Clerk of Court

S/ Diana Villavicencio

Diana Villavicencio
Deputy Clerk